# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Danville Division

| | |
|---|---|
| **MICHAEL BLANTON, *et al.*,** <br><br> Plaintiffs, <br><br> v. <br><br> **ROGERS HEATING & COOLING, INC., *et. al.*,** <br><br> Defendants. | Civil Action No. 4:24cv46 |

## JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs Michael Blanton, Mark Cline, Timothy McFeaters, Kayla Clay and Madeline Reaves (collectively, "Plaintiffs"), and Defendants Rogers Heating & Cooling, Inc., JAR Investments, LLC, Joseph Allen Rogers and Alyssa Rogers (collectively, "Defendants"), (collectively, the "Parties"), by their respective counsel, hereby jointly move this Court for approval of a Settlement Agreement and Release in connection with a class brought under the FLSA. The Parties respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

Dated: September 23, 2025

Respectfully submitted,

*/s/ Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74636)
Samantha R. Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

*Counsel for Plaintiffs*

        */s/ Milena Radovic*
Milena Radovic (VSB No. 91000)
Jackson Lewis P.C.
500 E Main Street, Suite 800
Norfolk, VA 23510
Telephone: (757) 648-1445
Fax: (757) 648-1418
Email: milena.radovic@jacksonlewis.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to Counsel of Record.

        */s/ Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: craig@butlercurwood.com

*Counsel for Plaintiffs*