CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
10/17/2025
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL BLANTON, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:24-cv-00046 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROGERS HEATING & COOLING, INC., *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| | ) | |
| Defendants. | ) | |

    Plaintiffs Michael Blanton ("Blanton"), Mark Cline ("Cline"), Timothy McFeaters ("McFeaters"), Kayla Clay ("Clay"), and Madeline Reaves ("Reaves") (collectively, "Plaintiffs"), and Defendants Rogers Heating & Cooling, Inc., JAR Investments, LLC, Joseph Allen Rogers and Alyssa Rogers (collectively, "Defendants"), (collectively the "Parties"), by their respective counsel, jointly move for approval of the settlement agreement reached in connection with Plaintiffs' action under the Fair Labor Standards Act (FLSA). Having reviewed the Joint Motion for Settlement Approval (ECF No. 30), the Memorandum in Support thereof (ECF No. 31), and the Settlement Agreement and Release (ECF No. 31-1), and for the reasons stated in the Parties' submissions, the Court **GRANTS** the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over FLSA claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

    Accordingly, it is hereby **ORDERED** that the Agreement reached by the Parties is approved and shall take effect immediately, and this case is dismissed with prejudice. This

Court retains jurisdiction to monitor compliance and to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 17th day of October, 2025.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE